# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NELSON L. HAIGHT,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:18-2201 |
| v. | : | (JUDGE MANNION) |
| **ANDREW M. SAUL,** | : | |
| Defendant | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Carlson, **(Doc. 12)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's complaint appealing the final decision of the Commissioner denying his claims for DIB benefits and SSI, **(Doc. 1)**, is **DENIED**; and

**(3)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: August 13, 2019**
18-2201-01-ORDER.wpd